IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSEPH GAMMON, et al                                    PLAINTIFF

v.                   Case No. 06-5155

WAL-MART STORES, INC.
ASSOCIATES' HEALTH AND
WELFARE PLAN                                        DEFENDANT

### ORDER

Now on this 14TH day of November, 2006, there comes on for consideration the stipulation for an extension of time (doc. # 8). The Court, being well and sufficiently advised in the premises, finds that the stipulation should be and is hereby granted.

WHEREFORE, the defendant is hereby granted an extension, until the close of business on DECEMBER 1, 2006, in which to file a response to plaintiffs' brief.

IT IS SO ORDERED.

                                                                       /s/ Robert T. Dawson
                                                                       _____
                                                                       Robert T. Dawson
                                                                       United States District Judge