IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSEPH GAMMON, et al                                    PLAINTIFF

v.                     Case No. 06-5155

WAL-MART STORES, INC. ASSOCIATES
HEALTH & WELFARE PLAN                                   DEFENDANT

ORDER

Now on this 30TH day of November, 2006, there comes on for consideration the stipulation on extension of time (doc. #10). The Court, being well and sufficiently advised in the premises, finds that the stipulation should be and is hereby granted.

WHEREFORE, the defendant is hereby granted an extension, until the close of business on DECEMBER 15, 2006, in which to file a response to Plaintiffs' brief.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge