IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSEPH GAMMON, et al                      PLAINTIFF

v.                      Case No. 06-5155

WAL-MART STORES, INC. ASSOCIATES'
HEALTH AND WELFARE PLAN              DEFENDANT

## ORDER

Now on this 15TH day of December, 2006, there comes on for consideration the parties' stipulation for an extension of time for the defendant to respond to plaintiffs' brief. The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby granted.

WHEREFORE, the defendant is hereby granted an extension, until the close of business on FEBRUARY 7, 2007, in which to respond to plaintiffs' brief.

IT IS SO ORDERED.

                                                     /s/ Robert T. Dawson
                                                     Robert T. Dawson
                                                     United States District Judge